Filing # 26709044 E-Filed 04/29/2015 07:28:48 PM

IN THE CIRCUIT COUNTY IN AND FOR
ESCAMBIA COUNTY, FLORIDA

CLARKE ALLEN, ET AL.,

      PLAINTIFFS,

v.              CASE NO.: _____   2015 CA 000722
                DIVISION: _____

A. E. NEW JR., INC.;
CALDWELL ASSOCIATES ARCHITECTS, INC.;
and ESCAMBIA COUNTY, FLORIDA,

      DEFENDANTS.

> CERTIFIED TO BE A TRUE COPY OF THE
> ORIGINAL ON FILE IN THIS OFFICE
> WITNESS MY HAND AND OFFICIAL SEAL
> PAM CHILDERS
> CLERK OF THE CIRCUIT COURT & COMPTROLLER
> ESCAMBIA COUNTY, FLORIDA
> BY: _____ D.C.
> DATE: 9/8/2015

## COMPLAINT

    COME NOW the Plaintiffs, and sue Defendants A.E. NEW, JR., INC., and

CALDWELL ASSOCIATES ARTCHITECTS, INC., and ESCAMBIA COUNTY,

FLORIDA, and allege:

    1.    This is an action for damages in excess of Fifteen Thousand Dollars

($15,000.00).

    2.    At all times material to this action, the Defendant, A.E. New, Jr., Inc.,

(hereinafter referred to as "A.E. New"), was a Florida corporation licensed to conduct

business within the State of Florida.

    3.    At all times material to this action, the Defendant, Caldwell Associates

Architects, Inc., (hereinafter referred to as "Caldwell"), was a Florida corporation

licensed to conduct business within the State of Florida.

    4.    At all times material to this action, the Defendant, Escambia County,

Florida, (hereinafter referred to as "Escambia County"), owned and operated the Central

Booking and Detention (hereinafter "CBD") facility located at 1700 West Leonard Street, Pensacola, Florida 32501, in Escambia County, Florida.

    5.    On or about April 30, 2014, the following Plaintiffs were held, incarcerated, or otherwise lawfully present inside CBD:

a.    Clarke Allen
b.    Ilyaas Ashanti
c.    Jessica Auston
d.    Kenneth Avery
e.    Christopher Baggett
f.    Machrisna Betts
g.    Raymon Blackburn
h.    Jennifer Bonoyer
i.    Benjamin Boys
j.    Derrick Bradley
k.    Elgin Brown
l.    Jennifer Brunson
m.    Deanna Byrd
n.    Patrick Cain
o.    Alvin Capps
p.    Ronald Carter
q.    Langston Casher
r.    Jeremiah Cooler
s.    Willie Dale
t.    Reggie Dancy
u.    Rene Dean
v.    Jill Dickey
w.    Daryl Dulaney
x.    Edward Elder
y.    Matthew Flores
z.    James Foster
aa.    Dequan Gaddy
bb.    Franklin Galloway
cc.    Diane Gaszak
dd.    Bryan Gilpatrick
ee.    Vicky Hadder
ff.    Gary Hauffe
gg.    Bakari Henderson
hh.    Cornelius Henderson
ii.    Melissa Hicks
jj.    Jermon Hill
kk.    Frank Holley, Jr.

ll.     Richard Holt
mm.   Vernon Hurst
nn.    William Islar
oo.    Jalissa Johnson
pp.    Terrell Johnson
qq.    Akaivia Kirkland
rr.     Jeffrey LaFrancis
ss.     Jennifer Lamar
tt.     Daniel Lindsay
uu.    Sammie Lisenby
vv.    Tyler Lynch
xx.    James Marciniak
yy.    Caroline Mariconda
aaa.   Clarence Martin
bbb.   Albert Mattis
ccc.   Monica McLain
ddd.   Jermaine Middleton
eee.   Ivory Miles
fff.    Dominick Miller
ggg.   Danny Moore
hhh.   John Moore
iii.    Cherie Phillips
jjj.    Precious Pickett
kkk.   Ozell Pressley, Jr.
lll.    Adam Prudhomme
mmm. Michael Rawls
nnn.   Mark Robbins
ooo.   Jonathan Robinson
ppp.   John Satterwhite
qqq.   Jeffrey Sawyer
rrr.   James Shoemo
sss.   Dallas Simmons
ttt.    Kathy Smith
uuu.   Brian Spotville
vvv.   Emmett Stromas
www.  Barry Sullivan
xxx.   William Summa
yyy.   Taris Tolliver
zzz.   Michael Trembly
aaaa.  Aaron Trommelen
bbbb.  Adrian Vega
cccc.  Charles Watson
dddd.  Elizabeth White
eeee.  Angela Wilson
ffff.   Richard Wilson

gggg. Brett Wilt
hhhh. Edric Wright
iiii. Don Yelverton
jjjj. LaKendric Young
mmmm. Reanne Cravatt

6.      On or about April, 30, 2014, there was an explosion within the basement of CBD that resulted in significant structural damage, property damage, and personal injury and/or death to persons within CBD.

## ALLEGATION AGAINST DEFENEDANT A.E. NEW

7.      Defendant, A.E. New, was and is responsible for the negligence of its employees, contractors, and sub-contractors.

8.      Defendant, A.E. New, was hired by Defendant, Escambia County, to perform repairs on CBD due to previous flooding.

9.      As part of the aforementioned project, multiple gas dryers were placed in the basement of CBD by—or under the direct supervision and at the direction of— Defendant, A.E. New.

10.     At all times material to this action, Defendant, A.E. New, owed a duty to any and all individuals who would enter onto the premises of CBD to perform repairs on CBD in a safe and reasonable manner.

11.     At all times material to this action, Defendant, A.E. New, did breach its duty to Plaintiffs by, *inter alia*:

a.      Failing to properly secure the dryers in the basement of CBD so as to prevent their movement during the flood;

b.      Being otherwise negligent.

4

12.     The aforementioned breaches created conditions that were latent and not open or obvious to Plaintiffs.

13.     The conditions created by the aforementioned breaches were both dangerous and were known or should have been known to Defendant, A.E. New.

14.     It was foreseeable to Defendant, A.E. New, that such breaches could cause injury to any individuals on the property of CBD.

15.     The aforementioned breaches created conditions, the dangerousness which was not obvious to Defendant, Escambia County.

16.     But for the aforementioned breaches, the dryers in the basement of CBD would not floated off the floor and separated from the gas lines, proximately causing the explosion at CBD on or about April 30, 2014.

## ALLEGATIONS AGAINST DEFENDANT CALDWELL

17.     Defendant, Caldwell, was and is responsible for the negligence of its employees, contractors, and subcontractors.

18.     Defendant, Caldwell, was hired by Defendant, Escambia County, to provide architectural and engineering services to Defendant, Escambia County, in connection with the restoration and repair of CBD.

19.     At all times material to this action, Defendant, Caldwell, by and through its employees, was under a duty to act with the ordinary care of an architect in the planning, inspection, and supervision of all work as required during the course of its employment by Defendant, Escambia County.

20.     At all times material to this action, Defendant, Caldwell, owed a duty to exercise ordinary care for the protection of any individuals who would enter onto the premise of CBD including but not limited to the Plaintiffs in this action.

21.     At all times material to this action, Defendant, Caldwell, did breach its duty to Plaintiffs by, *inter alia*:

a.     Failing to plan for or design measures to stop dryers from floating in the event of a flood in CBD;

b.     Failing to plan for or design measures to prevent a gas leak in the event that the dryers in the basement of CBD became separated from the gas lines;

c.     Failing to plan for or design measures to prevent gas from building up in the basement of CBD following the separation of the dryers from the gas lines;

d.     Failing to ensure that the dryers in the basement of CBD were appropriately fastened or secured;

e.     Failing to plan or design for the restoration of CBD that accounted for the probability and likelihood of flooding based on previous flooding of the same facility;

f.     Failing to supervise the work being performed on CBD to ensure that the dryers were properly secured;

g.     Being otherwise negligent.

22.     The aforementioned breaches were latent or not otherwise open and obvious to Plaintiffs.

23.     The conditions created by the aforementioned breaches were both dangerous and were known or should have been known to Defendant, Caldwell.

24.     But for the aforementioned breaches, the dryers in the basement of CBD would not have floated off the floor and separated from the gas lines, proximately causing the explosion at CBD on or about April 30, 2014.

## ALLEGATIONS AGAINST DEFENDANT ESCAMBIA COUNTY

25.     At all times material to this action, the aforementioned Plaintiffs were under the protection and care of Defendant, Escambia County.

26.     At all times material to this action, Defendant, Escambia County, had a duty, by and through its employees at CBD, to use reasonable care to prevent harm to inmates or other individuals at CBD, including the aforementioned Plaintiffs.

27.     On or about April 30, 2014, Defendant, Escambia County, by and through its employees at CBD, knew or should have known of conditions on its property that were dangerous and/or posed a danger to Plaintiffs.

28.     At all times material to this action, Defendant, Escambia County negligently breached its duty to Plaintiffs by, *inter alia*:

        a.     Failing to prevent gas from accumulating in the basement of CBD so as to create an inherently dangerous environment;

        b.     Failing to prevent gas in the basement of CBD from becoming ignited;

c.     Failing to evacuate or otherwise protect Plaintiffs from the explosion at CBD;

d.     Being otherwise negligent.

29.    It was foreseeable to Defendant, Escambia County, that such breaches could cause injury to any individuals located on or in the premises of CBD, including the aforementioned Plaintiffs.

30.    As a result of the aforementioned breaches, an explosion occurred in the basement of CBD on or about April, 30, 2014.

31.    The aforementioned Plaintiffs have complied with all conditions precedent to maintaining this lawsuit, including compliance with Fla. Stat. Section 768.28 (2014).

**COUNT I**

32.    Plaintiff, Clarke Allen, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

33.    At all times material to this Complaint, Plaintiff, Clarke Allen, was on the property of CBD when there was an explosion.

34.    As a result, Plaintiff, Clarke Allen, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Clarke Allen, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

<strong><u>COUNT II</u></strong>

35.    Plaintiff, Ilyaas Ashanti, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

36.    At all times material to this Complaint, Plaintiff, Ilyaas Ashanti, was on the property of CBD when there was an explosion.

37.    As a result, Plaintiff, Ilyaas Ashanti, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Ilyaas Ashanti, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury

<strong><u>COUNT III</u></strong>

38.    Plaintiff, Jessica Auston, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

39.    At all times material to this Complaint, Plaintiff, Jessica Auston, was on the property of CBD when there was an explosion.

40.    As a result, Plaintiff, Jessica Auston, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jessica Auston, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury

## COUNT IV

41.    Plaintiff, Kenneth Avery, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

42.    At all times material to this Complaint, Plaintiff, Kenneth Avery, was on the property of CBD when there was an explosion.

43.    As a result, Plaintiff, Kenneth Avery, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Kenneth Avery, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT V

44.     Plaintiff, Christopher Baggett, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

45.     At all times material to this Complaint, Plaintiff, Christopher Baggett, was on the property of CBD when there was an explosion.

46.     As a result, Plaintiff, Christopher Baggett, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Christopher Baggett, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT VI

47.     Plaintiff, Machrisna Betts, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

48.     At all times material to this Complaint, Plaintiff, Machrisna Betts, was on the property of CBD when there was an explosion.

49.     As a result, Plaintiff, Machrisna Betts, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Machrisna Betts, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT VII

50.     Plaintiff, Raymon Blackburn, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

51.     At all times material to this Complaint, Plaintiff, Raymon Blackburn, was on the property of CBD when there was an explosion.

52.     As a result, Plaintiff, Raymon Blackburn, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Raymon Blackburn, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT VIII

53.    Plaintiff, Jennifer Bonoyer, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

54.    At all times material to this Complaint, Plaintiff, Jennifer Bonoyer, was on the property of CBD when there was an explosion.

55.    As a result, Plaintiff, Jennifer Bonoyer, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jennifer Bonoyer, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT IX

56.    Plaintiff, Benjamin Boys, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

57.    At all times material to this Complaint, Plaintiff, Benjamin Boys, was on the property of CBD when there was an explosion.

58.    As a result, Plaintiff, Benjamin Boys, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Benjamin Boys, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT X

59.    Plaintiff, Derrick Bradley, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

60.    At all times material to this Complaint, Plaintiff, Derrick Bradley, was on the property of CBD when there was an explosion.

61.    As a result, Plaintiff, Derrick Bradley, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Derrick Bradley, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

### COUNT XI

62.    Plaintiff, Elgin Brown, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

63.    At all times material to this Complaint, Plaintiff, Elgin Brown, was on the property of CBD when there was an explosion.

64.    As a result, Plaintiff, Elgin Brown, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Elgin Brown, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

### COUNT XII

65.    Plaintiff, Jennifer Brunson, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

66.    At all times material to this Complaint, Plaintiff, Jennifer Brunson, was on the property of CBD when there was an explosion.

67.    As a result, Plaintiff, Jennifer Brunson, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jennifer Brunson, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XIII

68.    Plaintiff, Deanna Byrd, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

69.    At all times material to this Complaint, Plaintiff, Deanna Byrd, was on the property of CBD when there was an explosion.

70.    As a result, Plaintiff, Deanna Byrd, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Deanna Byrd, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XIV

71.     Plaintiff, Patrick Cain, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

72.     At all times material to this Complaint, Plaintiff, Patrick Cain, was on the property of CBD when there was an explosion.

73.     As a result, Plaintiff, Patrick Cain, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Patrick Cain, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XV

74.     Plaintiff, Alvin Capps, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

75.    At all times material to this Complaint, Plaintiff, Alvin Capps, was on the property of CBD when there was an explosion.

76.    As a result, Plaintiff, Alvin Capps, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Alvin Capps, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XVI

77.    Plaintiff, Ronald Carter, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

78.    At all times material to this Complaint, Plaintiff, Ronald Carter, was on the property of CBD when there was an explosion.

79.    As a result, Plaintiff, Ronald Carter, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Ronald Carter, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

<u>**COUNT XVII**</u>

80.     Plaintiff, Langston Casher, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

81.     At all times material to this Complaint, Plaintiff, Langston Casher, was on the property of CBD when there was an explosion.

82.     As a result, Plaintiff, Langston Casher, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Langston Cooler, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

<u>**COUNT XVIII**</u>

83.     Plaintiff, Jeremiah Cooler, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

84.    At all times material to this Complaint, Plaintiff, Jeremiah Cooler, was on the property of CBD when there was an explosion.

85.    As a result, Plaintiff, Jeremiah Cooler, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jeremiah Cooler, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XIX

86.    Plaintiff, Willie Dale, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

87.    At all times material to this Complaint, Plaintiff, Willie Dale, was on the property of CBD when there was an explosion.

88.    As a result, Plaintiff, Willie Dale, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Willie Dale, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XX

89.     Plaintiff, Reggie Dancy, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

90.     At all times material to this Complaint, Plaintiff, Reggie Dancy, was on the property of CBD when there was an explosion.

91.     As a result, Plaintiff, Reggie Dancy, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Reggie Dancy, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXI

92.     Plaintiff, Rene Dean, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

93. At all times material to this Complaint, Plaintiff, Rene Dean, was on the property of CBD when there was an explosion.

94. As a result, Plaintiff, Rene Dean, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Rene Dean, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXII

95. Plaintiff, Jill Dickey, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

96. At all times material to this Complaint, Plaintiff, Jill Dickey, was on the property of CBD when there was an explosion.

97. As a result, Plaintiff, Jill Dickey, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the loss.

WHEREFORE, Plaintiff, Jill Dickey, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXIII

98.    Plaintiff, Daryl Dulaney, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

99.    At all times material to this Complaint, Plaintiff, Daryl Dulaney, was on the property of CBD when there was an explosion.

100.    As a result, Plaintiff, Daryl Dulaney, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Daryl Dulaney, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXIV

101.    Plaintiff, Edward Edler, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

102.   At all times material to this Complaint, Plaintiff, Edward Edler, was on the property of CBD when there was an explosion.

103.   As a result, Plaintiff, Edward Edler, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Edward Edler, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXV

104.   Plaintiff, Matthew Flores, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

105.   At all times material to this Complaint, Plaintiff, Matthew Flores, was on the property of CBD when there was an explosion.

106.   As a result, Plaintiff, Matthew Flores, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Matthew Flores, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

### COUNT XXVI

107.   Plaintiff, James Foster, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

108.   At all times material to this Complaint, Plaintiff, James Foster, was on the property of CBD when there was an explosion.

109.   As a result, Plaintiff, James Foster, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, James Foster, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

### COUNT XXVII

110.   Plaintiff, Dequan Gaddy, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

111.   At all times material to this Complaint, Plaintiff, Dequan Gaddy, was on the property of CBD when there was an explosion.

112.   As a result, Plaintiff, Dequan Gaddy, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Dequan Gaddy, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXVIII

113.   Plaintiff, Franklin Galloway, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

114.   At all times material to this Complaint, Plaintiff, Franklin Galloway, was on the property of CBD when there was an explosion.

115.   As a result, Plaintiff, Franklin Galloway, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Franklin Galloway, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXIX

116.    Plaintiff, Diane Gaszak, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

117.    At all times material to this Complaint, Plaintiff, Diane Gaszak, was on the property of CBD when there was an explosion.

118.    As a result, Plaintiff, Diane Gaszak, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Diane Gaszak, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXX

119.    Plaintiff, Bryan Gilpatrick, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

120.    At all times material to this Complaint, Plaintiff, Bryan Gilpatrick, was on the property of CBD when there was an explosion.

121.    As a result, Plaintiff, Bryan Gilpatrick, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Bryan Gilpatrick, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXXI

122.    Plaintiff, Vicky Hadder, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

123.    At all times material to this Complaint, Plaintiff, Vicky Hadder, was on the property of CBD when there was an explosion.

124.    As a result, Plaintiff, Vicky Hadder, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Vicky Hadder, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXXII

125.   Plaintiff, Gary Hauffe, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

126.   At all times material to this Complaint, Plaintiff, Gary Hauffe, was on the property of CBD when there was an explosion.

127.   As a result, Plaintiff, Gary Hauffe, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Gary Hauffe, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXIIII

128.   Plaintiff, Bakari Henderson, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

129.   At all times material to this Complaint, Plaintiff, Bakari Henderson, was on the property of CBD when there was an explosion.

130.   As a result, Plaintiff, Bakari Henderson, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Bakari Henderson, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXXIV

131.   Plaintiff, Cornelius Henderson, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

132.   At all times material to this Complaint, Plaintiff, Cornelius Henderson, was on the property of CBD when there was an explosion.

133.   As a result, Plaintiff, Cornelius Henderson, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Cornelius Henderson, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXXV

134.   Plaintiff, Melissa Hicks, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

135.   At all times material to this Complaint, Plaintiff, Melissa Hicks, was on the property of CBD when there was an explosion.

136.   As a result, Plaintiff, Melissa Hicks, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Melissa Hicks, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXXVI

137.   Plaintiff, Jermon Hill, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

138.   At all times material to this Complaint, Plaintiff, Jermon Hill, was on the property of CBD when there was an explosion.

139.   As a result, Plaintiff, Jermon Hill, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jermon Hill, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXXVII

140.   Plaintiff, Frank Holley, Jr., incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

141.   At all times material to this Complaint, Plaintiff, Frank Holley, Jr., was on the property of CBD when there was an explosion.

142.   As a result, Plaintiff, Frank Holley, Jr., suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Frank Holley, Jr., demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXXVIII

143.   Plaintiff, Richard Holt, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

144.   At all times material to this Complaint, Plaintiff, Richard Holt, was on the property of CBD when there was an explosion.

145.   As a result, Plaintiff, Richard Holt, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Richard Holt, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XXXIX

146.   Plaintiff, Vernon Hurst, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

33

147.   At all times material to this Complaint, Plaintiff, Vernon Hurst, was on the property of CBD when there was an explosion.

148.   As a result, Plaintiff, Vernon Hurst, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Vernon Hurst, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XL

149.   Plaintiff, William Islar, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

150.   At all times material to this Complaint, Plaintiff, William Islar, was on the property of CBD when there was an explosion.

151.   As a result, Plaintiff, William Islar, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, William Islar, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XLI

152.   Plaintiff, Jalissa Johnson, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

153.   At all times material to this Complaint, Plaintiff, Jalissa Johnson, was on the property of CBD when there was an explosion.

154.   As a result, Plaintiff, Jalissa Johnson, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jalissa Johnson, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XLII

155.   Plaintiff, Terrell Johnson, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

156.   At all times material to this Complaint, Plaintiff, Terrell Johnson, was on the property of CBD when there was an explosion.

157.   As a result, Plaintiff, Terrell Johnson, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Terrell Johnson, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

<u>**COUNT XLIII**</u>

158.   Plaintiff, Akaivia Kirkland, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

159.   At all times material to this Complaint, Plaintiff, Akaivia Kirkland, was on the property of CBD when there was an explosion.

160.   As a result, Plaintiff, Akaivia Kirkland, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Akaivia Kirkland, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

**COUNT XLIV**

161.    Plaintiff, Jeffrey LaFrancis, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

162.    At all times material to this Complaint, Plaintiff, Jeffrey LaFrancis, was on the property of CBD when there was an explosion.

163.    As a result, Plaintiff, Jeffrey LaFrancis, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jeffrey LaFrancis, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

**COUNT XLV**

164.    Plaintiff, Jennifer Lamar, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

165. At all times material to this Complaint, Plaintiff, Jennifer Lamar, was on the property of CBD when there was an explosion.

166. As a result, Plaintiff, Jennifer Lamar, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jennifer Lamar, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XLVI

167. Plaintiff, Daniel Lindsay, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

168. At all times material to this Complaint, Plaintiff, Daniel Lindsay, was on the property of CBD when there was an explosion.

169. As a result, Plaintiff, Daniel Lindsay, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Daniel Lindsay, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XLVII

170.   Plaintiff, Sammie Lisenby, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

171.   At all times material to this Complaint, Plaintiff, Sammie Lisenby, was on the property of CBD when there was an explosion.

172.   As a result, Plaintiff, Sammie Lisenby, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Sammie Lisenby, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XLVIII

173.   Plaintiff, Tyler Lynch, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

174.   At all times material to this Complaint, Plaintiff, Tyler Lynch, was on the property of CBD when there was an explosion.

175.   As a result, Plaintiff, Tyler Lynch, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Tyler Lynch, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT XLIX

176.   Plaintiff, James Marciniak, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

177.   At all times material to this Complaint, Plaintiff, James Marciniak, was on the property of CBD when there was an explosion.

178.   As a result, Plaintiff, James Marciniak, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, James Marciniak, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT L

179.    Plaintiff, Caroline Mariconda, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

180.    At all times material to this Complaint, Plaintiff, Caroline Mariconda, was on the property of CBD when there was an explosion.

181.    As a result, Plaintiff, Caroline Mariconda, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Carolina Mariconda, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LI

182.    Plaintiff, Clarence Martin, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

183.    At all times material to this Complaint, Plaintiff, Clarence Martin, was on the property of CBD when there was an explosion.

184.    As a result, Plaintiff, Clarence Martin, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Clarence Martin, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LII

185.    Plaintiff, Albert Mattis, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

186.    At all times material to this Complaint, Plaintiff, Albert Mattis, was on the property of CBD when there was an explosion.

187.    As a result, Plaintiff, Albert Mattis, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Albert Mattis, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LIII

188.    Plaintiff, Monica McLain, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

189.    At all times material to this Complaint, Plaintiff, Monica McLain, was on the property of CBD when there was an explosion.

190.    As a result, Plaintiff, Monica McLain, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Monica McLain, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LIV

191.    Plaintiff, Jermaine Middleton, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

192.   At all times material to this Complaint, Plaintiff, Jermaine Middleton, was on the property of CBD when there was an explosion.

193.   As a result, Plaintiff, Jermaine Middleton, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jermaine Middleton, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

### COUNT LV

194.   Plaintiff, Ivory Miles, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

195.   At all times material to this Complaint, Plaintiff, Ivory Miles, was on the property of CBD when there was an explosion.

196.   As a result, Plaintiff, Ivory Miles, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Ivory Miles, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LVI

197.   Plaintiff, Dominick Miller, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

198.   At all times material to this Complaint, Plaintiff, Dominick Miller, was on the property of CBD when there was an explosion.

199.   As a result, Plaintiff, Dominick Miller, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Dominick Miller, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LVII

200.   Plaintiff, Danny Moore, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

201.   At all times material to this Complaint, Plaintiff, Danny Moore, was on the property of CBD when there was an explosion.

202.   As a result, Plaintiff, Danny Moore, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Danny Moore, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LVIII

203.   Plaintiff, John Moore, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

204.   At all times material to this Complaint, Plaintiff, John Moore, was on the property of CBD when there was an explosion.

205.   As a result, Plaintiff, John Moore, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

46

WHEREFORE, Plaintiff, John Moore, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

**COUNT LIX**

206.   Plaintiff, Cherie Phillips, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

207.   At all times material to this Complaint, Plaintiff, Cherie Phillips, was on the property of CBD when there was an explosion.

208.   As a result, Plaintiff, Cherie Phillips, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Cherie Phillips, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

**COUNT LX**

209.   Plaintiff, Precious Pickett, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

47

210. At all times material to this Complaint, Plaintiff, Precious Pickett, was on the property of CBD when there was an explosion.

211. As a result, Plaintiff, Precious Pickett, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Precious Pickett, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXI

212. Plaintiff, Ozell Pressley, Jr., incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

213. At all times material to this Complaint, Plaintiff, Ozell Pressley, Jr., was on the property of CBD when there was an explosion.

214. As a result, Plaintiff, Ozell Pressley, Jr., suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Ozell Pressley, Jr., demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

### COUNT LXII

215.   Plaintiff, Adam Prudhomme, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

216.   At all times material to this Complaint, Plaintiff, Adam Prudhomme, was on the property of CBD when there was an explosion.

217.   As a result, Plaintiff, Adam Prudhomme, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Adam Prudhomme, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury

### COUNT LXIII

218.   Plaintiff, Michael Rawls, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

219.    At all times material to this Complaint, Plaintiff, Michael Rawls, was on the property of CBD when there was an explosion.

220.    As a result, Plaintiff, Michael Rawls, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Michael Rawls, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXIV

221.    Plaintiff, Mark Robbins, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

222.    At all times material to this Complaint, Plaintiff, Mark Robbins, was on the property of CBD when there was an explosion.

223.    As a result, Plaintiff, Mark Robbins, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Mark Robbins, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury

## COUNT LXVI

224.    Plaintiff, Jonathan Robinson, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

225.    At all times material to this Complaint, Plaintiff, Jonathan Robinson, was on the property of CBD when there was an explosion.

226.    As a result, Plaintiff, Jonathan Robinson, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jonathan Robinson, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury

## COUNT LXVII

227.    Plaintiff, John Satterwhite, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

228.   At all times material to this Complaint, Plaintiff, John Satterwhite, was on the property of CBD when there was an explosion.

229.   As a result, Plaintiff, John Satterwhite, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, John Satterwhite, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXVIII

230.   Plaintiff, Jeffrey Sawyer, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

231.   At all times material to this Complaint, Plaintiff, Jeffrey Sawyer, was on the property of CBD when there was an explosion.

232.   As a result, Plaintiff, Jeffrey Sawyer, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jeffrey Sawyer, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury

## COUNT LXIX

233.   Plaintiff, James Shoemo, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

234.   At all times material to this Complaint, Plaintiff, James Shoemo, was on the property of CBD when there was an explosion.

235.   As a result, Plaintiff, James Shoemo, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, James Shoemo, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXX

236.   Plaintiff, Dallas Simmons, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

237.   At all times material to this Complaint, Plaintiff, Dallas Simmons, was on the property of CBD when there was an explosion.

238.   As a result, Plaintiff, Dallas Simmons, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Dallas Simmons, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXI

239.   Plaintiff, Kathy Smith, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

240.   At all times material to this Complaint, Plaintiff, Kathy Smith, was on the property of CBD when there was an explosion.

241.   As a result, Plaintiff, Kathy Smith, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

54

WHEREFORE, Plaintiff, Kathy Smith, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXII

242.   Plaintiff, Brian Spotville, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

243.   At all times material to this Complaint, Plaintiff, Brian Spotville, was on the property of CBD when there was an explosion.

244.   As a result, Plaintiff, Brian Spotville, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Brian Spotville, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXII

245.   Plaintiff, Emmett Stromas, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

246.   At all times material to this Complaint, Plaintiff, Emmett Stromas, was on the property of CBD when there was an explosion.

247.   As a result, Plaintiff, Emmett Stromas, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Emmett Stromas, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXIV

248.   Plaintiff, Barry Sullivan, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

249.   At all times material to this Complaint, Plaintiff, Barry Sullivan, was on the property of CBD when there was an explosion.

250.   As a result, Plaintiff, Barry Sullivan, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Barry Sullivan, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

### COUNT LXXV

251.   Plaintiff, William Summa, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

252.   At all times material to this Complaint, Plaintiff, William Summa, was on the property of CBD when there was an explosion.

253.   As a result, Plaintiff, William Summa, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, William Summa, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

### COUNT LXXVI

254.   Plaintiff, Taris Tolliver, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

255.    At all times material to this Complaint, Plaintiff, Taris Tolliver, was on the property of CBD when there was an explosion.

256.    As a result, Plaintiff, Taris Tolliver, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Taris Tolliver, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXVII

257.    Plaintiff, Michael Trembly, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

258.    At all times material to this Complaint, Plaintiff, Michael Trembly, was on the property of CBD when there was an explosion.

259.    As a result, Plaintiff, Michael Trembly, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Michael Trembly, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXIII

260.   Plaintiff, Aaron Trommelen, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

261.   At all times material to this Complaint, Plaintiff, Aaron Trommelen, was on the property of CBD when there was an explosion.

262.   As a result, Plaintiff, Aaron Trommelen, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Aaron Trommelen, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXIX

263.   Plaintiff, Adrian Vega, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

264.   At all times material to this Complaint, Plaintiff, Adrian Vega, was on the property of CBD when there was an explosion.

265.   As a result, Plaintiff, Adrian Vega, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Adrian Vega, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXX

266.   Plaintiff, Charles Watson, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

267.   At all times material to this Complaint, Plaintiff, Charles Watson, was on the property of CBD when there was an explosion.

268.   As a result, Plaintiff, Charles Watson, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Charles Watson, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXXI

269.   Plaintiff, Elizabeth White, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

270.   At all times material to this Complaint, Plaintiff, Elizabeth White, was on the property of CBD when there was an explosion.

271.   As a result, Plaintiff, Elizabeth White, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Elizabeth White, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXXII

272.   Plaintiff, Angela Wilson, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

273.   At all times material to this Complaint, Plaintiff, Angela Wilson, was on the property of CBD when there was an explosion.

274.   As a result, Plaintiff, Angela Wilson, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Angela Wilson, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXXIII

275.   Plaintiff, Richard Wilson, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

276.   At all times material to this Complaint, Plaintiff, Richard Wilson, was on the property of CBD when there was an explosion.

277.   As a result, Plaintiff, Richard Wilson, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Richard Wilson, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

### COUNT LXXXIV

278.   Plaintiff, Brett Wilt, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

279.   At all times material to this Complaint, Plaintiff, Brett Wilt, was on the property of CBD when there was an explosion.

280.   As a result, Plaintiff, Brett Wilt, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Brett Wilt, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

### COUNT LXXXV

281.   Plaintiff, Edric Wright, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

282.   At all times material to this Complaint, Plaintiff, Edric Wright, was on the property of CBD when there was an explosion.

283.   As a result, Plaintiff, Edric Wright, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Edric Wright, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXXVI

284.   Plaintiff, Don Yelverton, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

285.   At all times material to this Complaint, Plaintiff, Don Yelverton, was on the property of CBD when there was an explosion.

286.   As a result, Plaintiff, Don Yelverton, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Don Yelverton, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXXVII

287.   Plaintiff, LaKendric Young, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

288.   At all times material to this Complaint, Plaintiff, LaKendric Young, was on the property of CBD when there was an explosion.

289.   As a result, Plaintiff, LaKendric Young, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, LaKendric Young, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

## COUNT LXXXVIII

290.   Plaintiff, Reanna Cravatt, incorporates by reference and re-alleges the allegations set forth in Paragraphs 1 through 31 as if fully set forth herein.

291.   At all times material to this Complaint, Plaintiff, Reanna Cravatt, was on the property of CBD when there was an explosion.

292.   As a result, Plaintiff, Reanna Cravatt, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Reanna Cravatt, demands judgment for damages against the Defendants A.E. New, Caldwell, and Escambia County, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

**ADRIAN R. BRIDGES**
Florida Bar No.: 58877
**CLAYTON E. TAYLOR**
Florida Bar No.: 17771
MICHLES & BOOTH, P.A.
501 Brent Lane
Pensacola, Florida 32503
(850) 438-4848
Attorneys for Plaintiffs

DATE: 4/29/15